■ ALFRED KUBERA, Respondent, v. COLORADO FUEL AND IRON CORPORATION, Respondent, and EICHLEAY CORPORATION, Appellant.— Order affirmed, without costs of this appeal to any party, without prejudice to the right of appellant Eichleay Corporation to renew the application to examine plaintiff before trial upon a proper showing in the light of all the facts in this record. All concur. (Appeal from an order of Erie Special Term granting a motion by plaintiff to vacate a notice of examination of plaintiff by defendant Eichleay Corporation.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ ALFRED KUBERA, Appellant, v. COLORADO FUEL AND IRON CORPORATION et al., Respondents.— Order modified by striking therefrom the third ordering paragraph and as modified affirmed, without costs of this appeal to any party. (See decision in companion case of *Kubera* v. *Colorado Fuel & Iron Corp.* ( 8 A D 2d 767). Memorandum: In our opinion the granting of the application of the respondent Eichleay Corporation to examine the plaintiff was an improvident exercise of discretion inasmuch as an identical motion had been denied by a court of co-ordinate jurisdiction. All concur. (Appeal from an order of Erie Special Term granting a motion by defendant Eichleay Corporation to renew its motion to vacate or modify notices to take testimony, allowing examination of plaintiff and codefendant Colorado Fuel and Iron Corp., and amending Judge FISHER'S previous order accordingly.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL ALSTON, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Erie County Court convicting defendant of violation of Public Health Law with respect to narcotic drugs contrary to subdivision 3 of section 1751 of the Penal Law.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of PETER S. KAMINSKI, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination annulled, with $50 costs and disbursements and petition granted. Memorandum: In our opinion there is no substantial evidence to support the determination of the respondent that the petitioner was operating his motor vehicle in a grossly negligent manner showing a reckless disregard for life and property of others. All concur. (Review of the determination of the Commissioner of Motor Vehicles revoking petitioner's operator's license, which proceeding was transferred to the Appellate Division for determination by order of Erie Special Term.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of JAMES B. HERKEL, JR., Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination confirmed, without costs. All concur. (Review of determination of Commissioner of Motor Vehicles, revoking petitioner's operator's license, which proceeding was transferred to the Appellate Division for determination by order of Oneida Special Term.) Present — McCurn, P. J., Williams, Bastow, Goodman and Halpern, JJ.